IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSEPH D. BROWN ) | |
| ) | |
| v. ) | No. 3:13-01242 |
| ) | JUDGE CAMPBELL |
| UNITED STATES OF AMERICA ) | |

ORDER

Pending before the Court is the Petitioner's Motion For Reconsideration Of Appointment Of Counsel (Docket No. 15). Through the Motion, the Petitioner again requests that the Court appoint counsel to represent him in this case brought under 28 U.S.C. § 2255. The Court denied Petitioner's previous motion requesting the same relief. (Docket No. 12).

The Court is not persuaded that the appointment of counsel is warranted in this case. See 18 U.S.C. § 3006A(a)(2)(B); United States v. Mala, 7 F.3d 1058, 1064 (1st Cir. 1993). Accordingly, the Motion is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE